UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-22411-JEM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

KRONUS FINANCIAL CORPORATION,
FINSER INTERNATIONAL CORPORATION,
AND ANDREW H. JACOBUS,

        Defendants.

## UNOPPOSED MOTION TO STAY CASE

Plaintiff Securities and Exchange Commission ("Commission") hereby moves to stay this case and in support state as follows:

**A. Procedural Posture of Case**

On May 28, 2025, the Commission filed its Complaint against Defendants Kronus Financial Corporation, Finser International Corporations and Andrew H. Jacobus ("Defendants") alleging, among other things, that from May 2015 to at least April 2024, Defendants misappropriated approximately $17.3 million from at least 40 advisory clients, most of whom are Venezuelan nationals and include Catholic dioceses and elderly individuals. As a result of their conduct, the Complaint alleges that Defendants violated Sections 17(a) of the Securities Act of 1933; Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder; and Sections 206(1), 206(2), of the Investment Advisers Act of 1940. (DE 1).

On July 30, 2025, the Court entered Judgments by consent, which resolved issues of liability and provided for entry of non-monetary relief against the Defendants. (DE 8, 9 and 10).

Thus, the only remaining issues in this case are the Commission's claims for disgorgement with prejudgment interest and civil penalties against Defendants which, pursuant to the terms of the consented to Judgments, will be determined by the Court upon the Commission's motion.

### B. Criminal Charges

On July 8, 2025, Defendant Jacobus was indicted on 17 counts of wire fraud and money laundering in *United States of America v. Andrew H. Jacobus*, Case No. 25-cr-20309-JB (S.D. Fla.). Trial was scheduled to commence on November 17, 2025, but on November 14, 2025, a plea agreement was entered related to one count of wire fraud and one count of money laundering. A sentencing hearing is scheduled for February 2, 2026.

### C. Request to Stay this Civil Matter

Some of the factual allegations of the indictment overlap with the factual allegations of the Commission's civil case against the Defendants. Thus, the Commission's request for monetary relief of disgorgement and civil penalties in this case might be impacted by a criminal judgment based on the same underlying facts. Likewise, pursuing further motion practice to set disgorgement and penalty amounts may result in waste of judicial resources. Thus, the Commission seeks to stay this civil matter, pending the results of Jacobus' sentencing and judgment entered in the criminal matter.

After the resolution of the criminal matter, the Commission staff will require authorization from the Commission in Washington D.C., to resolve the remaining monetary claims against the Defendants in this civil matter. Therefore, we request that the stay of this case continue for a period of 90 days after resolution of the criminal matter, including imposition of Jacobus' sentencing and restitution order.

This motion is not made for any improper purpose or to unduly delay these proceedings, and is made in the balance of equities in light of the circumstances presented.

### Rule 7.1(a)(3) Certificate of Conferral

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel has conferred with Defendants, who do not oppose this motion.

**WHEREFORE**, for good cause shown, the Commission respectfully requests the Court grant a stay of this case which shall continue for a period of 90 days after resolution of the criminal matter, including imposition of Jacobus' sentencing and restitution order.

Dated: November 20, 2025          Respectfully submitted,

By: *s/ Christine Nestor*
**Christine Nestor, Esq.**
Senior Trial Counsel
Florida Bar No. 597211
Direct Dial: (305) 982-6367
Email: nestorc@sec.gov

ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, or service will be by means denoted below.

By: *s/ Christine Nestor*
Christine Nestor

## SERVICE LIST

Kronus Financial Corporation
Finser International Corporation
Andrew H. Jacobus
401 SW 4th Ave., Unit 401
Fort Lauderdale, FL 33315
Jacobus.andrew@proton.me
*Service on Defendants via e-mail*